UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LUCIUS M. ROWSER, | ) | CASE NO.: 5:02CV02386 |
| | ) | |
| Petitioner | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF OHIO, et al., | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has examined the Report and Recommended Decision of Magistrate Judge Gallas, submitted in this matter on June 10, 2005.  Upon due consideration, and no objections having been filed by the parties, the Court adopts the Report and Recommended findings and conclusions of the Magistrate Judge and incorporates them herein.  The Court certifies, pursuant to 28 U.S.C. §1915(A)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealibility.

This Order is entered pursuant to Federal Rule of Civil Procedure 58.

So ordered.

                                                 _s/ John R. Adams    7/6/05_
                                                 JUDGE JOHN R. ADAMS
                                                 UNITED STATES DISTRICT JUDGE